Case 2:19-cv-12253-JMV-SCM   Document 1-1   Filed 05/07/19   Page 1 of 2 PageID: 16

**client SERVICES INCORPORATED**

3451 Harry S Truman Blvd.
Saint Charles, MO 63301-4047

CURRENT CREDITOR: CHASE BANK USA, N.A.
ACCOUNT NUMBER: XXXXXXXXXXXX3907
BALANCE DUE: $16,406.98
REFERENCE NUMBER: ▓▓▓1494

Office Hours (Central Time)
Monday-Thursday: 8am-8pm
Friday: 8am-5pm
Saturday: 7am-11am
Sunday: Closed

PHONE: 877-288-9903

DATE: 5/11/2018

## DEBT VALIDATION NOTICE

Our client, CHASE BANK USA, N.A., has placed the above account with our organization.

Unless you notify our office within thirty (30) days after receiving this notice that you dispute the validity of this debt or any portion thereof, this office will assume this debt is valid. If you notify this office in writing within thirty (30) days from receiving this notice that you dispute the validity of the debt or any portion thereof, this office will obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification. If you request of this office in writing within thirty (30) days after receiving this notice, this office will provide you with the name and address of the original creditor, if different from the current creditor.

**Your Account Balance: $16,406.98**
**Your Account Resolution Offer: $4,923.00**

### ACCOUNT RESOLUTION OFFER

We are offering you the ability to resolve your account balance for the amount of $4,923.00. To accept this offer, our office must receive payment within forty (40) days of the date of this notice. This offer is contingent upon timely receipt of your payment. If payment is not received in our office within forty (40) days of the date of this notice, this offer will be withdrawn and will be deemed null and void, with the remainder of the balance being due and owing. We are not obligated to renew this offer. Please note that no interest will be added to your account balance through the course of Client Services, Inc. collection efforts concerning your account. This offer does not affect your right to dispute the debt as described above.

We look forward to working with you in resolving this matter.

Mike Crafts

THIS COMMUNICATION IS FROM A DEBT COLLECTOR. THIS IS AN ATTEMPT TO COLLECT A DEBT.
ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

FOR IMPORTANT RIGHTS AND PRIVILEGES WHICH MIGHT APPLY TO YOUR STATE OF RESIDENCE,
PLEASE SEE BELOW OR REVERSE SIDE (IF FAXED THEN FOLLOWING PAGE).

---

PO Box 1586
Saint Peters, MO 63376

| REFERENCE NUMBER | ▓▓▓1494 |
|---|---|
| AMOUNT ENCLOSED | |



Checks Payable To: Client Services, Inc.

**REMIT TO:**

HIESEOK RHEE
94 WATERSIDE DR
LITTLE FERRY NJ 07643-2208

CLIENT SERVICES, INC.
3451 HARRY S. TRUMAN BLVD
ST. CHARLES MO 63301-4047

029213

1 of 2

118666-3875-CHASE809SO

**client SERVICES INCORPORATED**

3451 Harry S Truman Blvd.
Saint Charles, MO 63301-4047

CURRENT CREDITOR: CHASE BANK USA, N.A.
ACCOUNT NUMBER: XXXXXXXXXXXX3907
BALANCE DUE: $16,406.98
REFERENCE NUMBER: ▮▮▮▮1494

Office Hours (Central Time)
Monday-Thursday: 8am-8pm
Friday: 8am-5pm
Saturday: 7am-11am
Sunday: Closed

PHONE: 877-288-9903

DATE: 5/11/2018

## DEBT VALIDATION NOTICE


Send your payment in the enclosed envelope using the remittance coupon below.


Pay-by-Phone: 1-877-552-5905


Online: www.csiconsumercenter.com


If you are unable to pay the balance in full, contact our office at 877-288-9903 for payment options, which may be available to you.

PO Box 1586
Saint Peters, MO 63376

| REFERENCE NUMBER | ▮▮▮▮1494 |
|---|---|
| AMOUNT ENCLOSED | |

Checks Payable To: Client Services, Inc.

**REMIT TO:**

HIESEOK RHEE
94 WATERSIDE DR
LITTLE FERRY NJ 07643-2208

CLIENT SERVICES, INC.
3451 HARRY S. TRUMAN BLVD
ST. CHARLES MO 63301-4047

2 of 2

118666-3876-CHASE809SO