UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| Hieseok Rhee, individually and on behalf of all others similarly situated,<br><br>     Plaintiff,<br><br>     v.<br><br>Client Services, Inc.,<br><br>     Defendant. | **JUDGMENT**<br><br>Docket No: 2:19-cv-12253-JMV-MF |

  Defendant Client Services, Inc. having offered judgment against itself pursuant to Fed R. Civ. P. 68 in the amount of One Thousand and One Dollars ($1,001.00) plus Plaintiff's reasonable attorneys' fees and costs incurred in this action at the time this offer is received, such fees and costs to be determined by agreement of the parties, and, if the parties cannot agree, by the Court upon Motion of the Plaintiff and Plaintiff having accepted said offer of judgment, it is

  **ORDERED AND ADJUDGED** that Plaintiff Hieseok Rhee recover from Defendant Client Services, Inc. in the amount of One Thousand and One Dollars ($1,001.00) plus Plaintiff's reasonable attorneys' fees and costs incurred in this action at the time this offer is received, such fees and costs to be determined by agreement of the parties, and, if the parties cannot agree, by the Court upon Motion of the Plaintiff.

Dated: 9/8/21

_/s/ John Michael Vazquez_
JOHN MICHALE VAZQUEZ, U.S.D.J.
